UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

J&J SPORTS PRODUCTION, INC.,  )
    )
       Plaintiff,     )
    )
      vs.              )      Case No. 4:11CV1350 RWS
    )
YUMMIES, INC., et al.,     )
    )
       Defendants.    )

**<u>MEMORANDUM AND ORDER</u>**

On October 20, 2011, Jaqueline Phillips filed a motion in this case stating

that Yummies, Inc. "is fully aware of summons" in this case and is "asking for

additional time to seek legal representation."  Ms. Phillips does not appear to be an

attorney, and as such, she cannot file motions on behalf of the defendant

corporation in this case.  Accordingly, the motion will be ordered stricken from

the record.  Additionally, as a corporation cannot represent itself, <u>see</u> <u>Carr</u>

<u>Enterprises, Inc. v. United States</u>, 698 F.2d 952, 953 (8th Cir. 1983), and no

attorney has entered an appearance on behalf of the corporate defendant, defendant

Yummies Inc. is in default.  Defendant Yolanda Smith is also in default.  Because

Ms. Phillips filed the motion on behalf of the corporate defendant, I will order

plaintiff to serve a copy of this Memorandum and Order and the motions for

default and default judgment at the address she provided on the motion, 3149

Shenandoah Ave., St. Louis, Missouri 63104, (314) 226-9800.  Plaintiff's motion for entry of default and default judgment shall be accompanied by an affidavit from counsel attesting to service.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for additional time [#7] is stricken from the record.

**IT IS FURTHER ORDERED** that plaintiff shall file appropriate motions for **entry of default and default judgment, accompanied by all supporting documentation, against defendants within fourteen (14) days of the date of this Order.  Plaintiff shall serve this Order and motions for entry of default and default judgment, and file the appropriate affidavit, as set out above within fourteen (14) days of the date of this Order.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of December, 2011.