UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11CV1350 RWS |
| ) | |
| YUMMIES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

On December 20, 2011, I issued a Memorandum and Order requiring plaintiff to move for entry of default and default judgment against defendants. The Memorandum and Order required plaintiff's counsel to file an affidavit attesting that plaintiff had served my December 20, 2011 Order and the motion for entry of default and for default judgment on Jaqueline Phillips at the address contained in my Order.  Plaintiff's counsel has failed and refused to comply with my Order, and the time for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for default judgment [#9] is denied without prejudice.  **Plaintiff's amended motion for default judgment shall be accompanied by the affidavit required by my December 20,**

**2011 Order, and the amended motion shall be filed within fourteen (14) days of the date of this Order.**

                                                               _____
                                                               RODNEY W. SIPPEL
                                                               UNITED STATES DISTRICT JUDGE

Dated this 4th day of January, 2012.