UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTION, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>YUMMIES, INC., et al., )<br>)<br>Defendants. ) | Case No. 4:11CV1350 RWS |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for attorney's fees. Plaintiff's motion will be denied without prejudice as it is not supported by an affidavit, billing records, or an accompanying memorandum of law.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#15] is denied without prejudice, and any amended motion for attorney's fees shall be filed no later than January 18, 2012.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 11th day of January, 2012.