UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTION, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:11CV1350 RWS |
| YUMMIES, INC., et al., | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before me on plaintiff's amended motion for default judgment. Plaintiff informs the Court that it is no longer seeking attorneys' fees and costs in connection with the default, and it requests the Court enter final judgment in the amount originally sought. The Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's amended motion for default judgment [#17] is granted.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of February, 2012.